AOC International, Ltd., Action Electronics Company, Ltd., Proton Electronic Industrial Co., Ltd. (collectively, the "Taiwan CTV Companies)", having requested, with the consent of Zenith Electronics Corporation, affirmance of the aforesaid redetermination on remand with respect to all the Taiwan CTV Companies except AOC International, Ltd.; and

The Court, having determined that there is no just reason for delaying the entry of judgment with respect to the other Taiwan CTV Companies, to wit, Action Electronics, Co., Ltd. and Proton Electronic Industrial Co., Ltd.;

Now, upon consideration of the above and all other papers and proceedings herein,

IT IS HEREBY ORDERED: that the remand determination of the Department of Commerce is sustained and judgment is entered with respect to Action Electronics Co., Ltd. and Proton Electronic Industrial Co., Ltd.

ZENITH ELECTRONICS CORP, ET AL., PLAINTIFFS *v.*
UNITED STATES, DEFENDANT

Consolidated Court No. 93–07–00404

(Dated April 25, 1995)

## JUDGMENT

RESTANI, *Judge:* This case, having been remanded to the Department of Commerce pursuant to Slip Op. 94–196 (Dec. 16, 1994); and

The Department of Commerce, having filed with the Court on March 17, 1995 its redetermination on remand; and

Action Electronics Company, Ltd., Proton Electronic Industrial Co., Ltd. and Tatung Company, having requested, with the consent of Zenith Electronics Corporation, affirmance of the aforesaid redetermination of remand;

Now, upon consideration of the above and all other papers and proceedings herein,

IT IS HEREBY ORDERED: that the remand determination of the Department of Commerce is sustained.